```
 1  PHILIP A. GASTEIER (State Bar No. 130043)
    NATELLA ROYZMAN (State Bar No. 245852)
 2  ROBINSON, DIAMANT & WOLKOWITZ
    A Professional Corporation
 3  1888 Century Park East, Suite 1500
    Los Angeles, California 90067
 4  Telephone: (310) 277-7400
    Facsimile:  (310) 277-7584
 5
    Attorneys for Alberta P. Stahl,
 6  Chapter 7 Trustee
```

FILED & ENTERED

DEC 01 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In re: JACK GARRETT, | Case No.: 2:05-bk-12488-TD |
|---|---|
| Debtor. | Chapter: 7 |
| | **ORDER DISALLOWING CLAIM NO. 183 OF ROBERT LIPP IRA** |
| | Date: November 18, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom "1345"<br>       Roybal Federal Building<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

The Notice of Motion and Motion to Disallow Claim No. 183 (the "Motion"), filed by Alberta P. Stahl, Chapter 7 Trustee herein, was scheduled for hearing on November 18, 2009 at 11:00 a.m., in the above-entitled Court, the Honorable Thomas B. Donovan, United States Bankruptcy Judge, presiding. Pursuant to the Court's tentative ruling, no appearances were necessary.

///

{NR/00205418.DOC/ORD/18076.000}

The Court, having considered the Motion, the declarations and exhibits filed in support thereof, having found that proper notice of the Motion has been given to all parties entitled thereto, having received no response to the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that:

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT | DISPOSITION |
|---|---|---|---|
| 183 | Robert Lipp IRA | $26,507.04 | Disallow in its entirety |

PRESENTED BY:

ROBINSON, DIAMANT & WOLKOWITZ
A Professional Corporation

By: /S/NATELLA ROYZMAN
    NATELLA ROYZMAN
    Attorneys for Alberta P. Stahl
    Chapter 7 Trustee

###

DATED: December 1, 2009

_____
United States Bankruptcy Judge

{NR/00205418.DOC/ORD/18076.000}    2

| In re: JACK GARRETT, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:05-bk-12488-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described **ORDER DISALLOWING CLAIM NO. 183 OF ROBERT LIPP IRA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On November 23, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Chambers of the Honorable<br>Thomas B. Donovan<br>255 E. Temple St.,<br>Ste. 1352<br>Los Angeles, CA 90012<br>***Via U.S. MAIL*** | United States Trustee<br>725 S. Figueroa St.,<br>26TH Floor<br>Los Angeles, CA 90017<br>***Via U.S. MAIL*** | Claimant:<br>Robert Lipp IRA (183)<br>1709 Georgina Avenue<br>Santa Monica, CA 90402-2401<br>***Via U.S. MAIL*** | Attys. for Debtor<br>Kenneth S. Rappaport, Esq.<br>1300 N. Federal Hwy., #203<br>Boca Raton, FL 33432<br>***Via U.S. MAIL*** |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 23, 2009 | ADELAIDA OLVERA | /s/ ADELAIDA OLVERA |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

{NR/00205418.DOC/ORD/18076.000}

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

**F 9013-3.1**

| In re: JACK GARRETT, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER : 2:05-bk-12488-TD |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify):* **ORDER DISALLOWING CLAIM NO. 183 OF ROBERT LIPP IRA** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 19, 2009** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Office of the US Trustee -- ustpregion16.la.ecf@usdoj.gov
Attys. for Ch. 7 Trustee: Natella Royzman - nroyzman@rdwlawcorp.com
Ch. 7 Trustee: Alberta P. Stahl – trusteestahl@earthlink.net, astahl@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Claimant:
Robert Lipp IRA (183)
1709 Georgina Avenue
Santa Monica, CA 90402-2401

Attys. for Debtor
Kenneth S. Rappaport, Esq.
1300 N. Federal Hwy., #203
Boca Raton, FL 33432

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

{NR/00205418.DOC/ORD/18076.000}